**NOTICE OF FORM FOR APPEARANCE** (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court.* ***Each attorney representing a party must complete a separate form. (COMPLETE ENTIRE FORM).***

**Fifth Cir. Case NO.** 22-10534

U.S. Navy SEALs 1-26, et al. _____ vs. Biden, et al. _____

(Short Title)

The Clerk will enter my appearance as Counsel for Plaintiffs-Appellees U.S. Navy SEALs 1-3, on behalf of

themselves and all others similarly situated; U.S. Navy Explosive Ordnance Technician 1, on behalf of

himself and all others similarly situated; U.S. Navy SEALs 4-26, SWCCs 1-5, and Divers 1-3.

(Please list names of all parties represented, attach additional pages if necessary.)

**The party(s) I represent IN THIS COURT**  ☐ Petitioner(s)   ☐ Respondent(s)   ☐ Amicus Curiae

☐ Appellant(s)   ☑ Appellee(s)   ☐ Intervenor

☑ I certify that the contact information below is current and identical to that listed in my Appellate Filer Account with PACER.

/s/ Heather Gebelin Hacker _____        heather@hackerstephens.com _____
(Signature)                                       (e-mail address)

Heather Gebelin Hacker _____           TX 24103325 _____
(Type or print name)                              (State/Bar No.)

_____
(Title, if any)

Hacker Stephens LLP _____

(Firm or Organization)
Address_____ 108 Wild Basin Rd. South, Suite 250 _____

City & State Austin, Texas _____                    Zip 78746 _____

Primary Tel. 512-399-3022 _____  Cell Phone: 916-458-1415 _____

**NOTE:** When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel. In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgment form. Other counsel must monitor the court's website for the posting of oral argument calendars.

**Name of Lead Counsel:** Heather Gebelin Hacker _____

A. Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.

_____

B. Inquiry of Counsel. To your knowledge:

(1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related isssue(s)?

☑ Yes   ☐ No

(2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?

☐ Yes   ☑ No

(3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?

☑ Yes   ☐ No

(4) Does this case qualify for calendaring priority under 5th Cir. R. 47.7? If so, cite the type of case _____

If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:

U.S. Navy SEALs 1-26, et al., v. Biden, et al., No. 22-10077 _____

_____

Name of Court or Agency U.S. Court of Appeals for the Fifth Circuit _____

Status of Appeal (if any) opening brief filed 3/28, response brief due 6/10, motion to consolidate filed 6/1 _____

Other Status (if not appealed) _____

**NOTE: Attach sheet to give further details.**                    DKT-5A REVISED January 2022