

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW
Washington, DC 20530
202-514-1923

VIA CM/ECF

June 9, 2022

Mr. Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the
   Fifth Circuit
21400 U.S. Courthouse
600 S. Maestri Place Suite 115
New Orleans, LA 70130-3408

      RE:   *U.S. Navy SEALs 1-26, et al. v. Biden, et al.*,
             Nos. 22-10077, 22-10534 (5th Cir.)

Dear Mr. Cayce:

    Pursuant to the Court's June 7, 2022, order consolidating the above-referenced appeals, Case Nos. 22-10077 and 22-10534, the parties jointly propose the following briefing schedule and word limits:

| | |
|---|---|
| Government's Supplemental Brief: | 7,000 words, due July 22, 2022 |
| Plaintiffs' Consolidated Response Brief: | 20,000 words, due Aug. 22, 2022 |
| Government's Consolidated Reply Brief: | 10,000 words, due Sept. 12, 2022 |

    The parties also agree that no further extensions should be granted in these appeals, except for a personal emergency (not to include the press of other litigation).

                              Sincerely,

                              MARLEIGH D. DOVER
                              CHARLES W. SCARBOROUGH
                              LOWELL V. STURGILL JR.
                              SARAH J. CLARK

*/s/ Heather Gebelin Hacker*          */s/ Casen B. Ross*

| | |
|---|---|
| HEATHER GEBELIN HACKER<br>ANDREW B. STEPHENS<br>   *HACKER STEPHENS LLP*<br>   *108 Wild Basin Road South, Suite 250*<br>   *Austin, Texas 78746*<br>   *(512) 399-3022*<br>   *heather@hackerstephens.com*<br><br>*Counsel for Plaintiffs-Appellees* | CASEN B. ROSS<br>   *Civil Division*<br>   *U.S. Department of Justice*<br>   *950 Pennsylvania Avenue NW*<br>   *Washington, DC 20530*<br>   *(202) 514-1923*<br>   *casen.ross@usdoj.gov*<br><br>*Counsel for Defendants-Appellants* |

cc:    All counsel by ECF