# HACKER STEPHENS LLP

HEATHER GEBELIN HACKER  
Partner

(512) 399-3022  
Heather@HackerStephens.com

September 1, 2022

Lyle W. Cayce, Clerk  
United States Court of Appeals for the Fifth Circuit  
600 S. Maestri Place  
New Orleans, LA 70130-3408

**Via ECF**

Re: *U.S. Navy SEALs 1-26 v. Biden*, No. 22-10077 consolidated with 22-10534

Dear Mr. Cayce,

Pursuant to Federal Rule of Appellate Procedure 28(j), Plaintiffs-Appellees submit additional authority and newly discovered facts that counsel just became aware of this morning. Trident Order #12, one of the Navy policies preliminarily enjoined in this case, was rescinded on May 22, 2022. To the best of counsel's knowledge, Trident Order #12 was not replaced. As the Court will recall, Trident Order #12 stated that SEALs who are unvaccinated due to religious beliefs are medically disqualified, though SEALs who are unvaccinated due to medical reasons are not automatically disqualified. Trident Order #12 also implemented the COVID-19 vaccine mandate at the command level for Naval Special Warfare forces, setting a deadline of compliance for October 17, 2021. *See U.S. Navy SEALs 1-26 v. Biden*, 27 F.4th 336, 340 (5th Cir. 2022); ROA.22-10077.411-12. A copy of the order rescinding Trident Order #12 is attached to this letter. The rescission of Trident Order # 12 does not appear to affect the applicability of Navy or DoD-wide vaccine policies to NSW personnel—it just appears to remove the command-level direction.

Respectfully submitted,

/s/Heather Gebelin Hacker  
Heather Gebelin Hacker  
Counsel for Plaintiffs-Appellees

Encl: NSWC Closeout to Trident Order #12

cc: All counsel of record via ECF

**UNCLAS**

PAGE 1 OF 2

# NSWC CLOSEOUT TO TRIDENT ORDER #12 - MANDATORY VACCINATION FOR

Originator: COMNAVSPECWARCOM CORONADO CA
  TOR: 05/23/2022 19:46:33
  DTG: 231943Z May 22
  Prec: Routine
  DAC: General
  To: AIG 11370
  CC: COMNAVSPECWARCOM CORONADO CA

```
RAAUZYUW RUIEAAA3871 1431945-UUUU--RUIEAAA.
ZNR UUUUU ZDH ZUI RUEOMCI0351 1431946
R 231943Z MAY 22
FM COMNAVSPECWARCOM CORONADO CA
TO AIG 11370
INFO RUIEAAA/COMNAVSPECWARCOM CORONADO CA
BT
UNCLAS
SUBJ/NSWC CLOSEOUT TO TRIDENT ORDER #12 - MANDATORY VACCINATION FOR
COVID-19
REF/A/MSG/TRIDENT ORDER #12 - MANDATORY VACCINATION FOR COVID-
19/241857Z SEP 21
REF/B/NAVADMIN/CNO WASHINGTON DC/302215Z MAR 22//
REF/C/UNDERSECRETARY OF DEFENSE FOR PERSONNEL AND READINESS MEMO,
CONSOLIDATED DEPARTMENT OF DEFENSE CORONAVIRUS DISEASE 2019 FORCE
HEALTH PROTECTION GUIDANCE, DATED 4 APR 22//
REF/D/NAVADMIN/CNO WASHINGTON DC/
REF/E/SECRETARY OF THE NAVY MEMO, IMPLEMENTATION OF CONSOLIDATED
DEPARTMENT OF DEFENSE CORONAVIRUS DISEASE 2019 FORCE HEALTH
PROTECTION
GUIDANCE, DATED 29 APR 22//

NARR/(U) REF A IS TRIDENT ORDER #12 ON COVID-19 VACCINATIONS//
REF B IS CNO GUIDANCE ON RELIGIOUS ACCOMMODATIONS FOR COVID-19
VACCINE//
REF C IS USD MEMO ON COVID-19 GUIDANCE//
REF D IS US NAVY COVID-19 STANDARDIZED OPERATIONAL GUIDANCE 6.0//
REF E IS SECNAV MEMO ON COVID-19 GUIDANCE//

(U) THIS ORDER RESCINDS REFERENCE A.//

1. (U) COMNAVSPECWARCOM AND SUBORDINATE COMMANDS EXECUTED MANDATORY
COVID-19 VACCINATIONS IAW PRIOR DEFENSE (DOD), DEPARTMENT OF THE NAVY
(DON), AND UNITED STATES SPECIAL OPERATIONS COMMAND (USSOCOM)
GUIDANCE
IAW REFERENCE A.//

2. (U) COMNAVSPECWARCOM AND SUBORDINATE COMMANDS WILL CONTINUE TO
FOLLOW HIGHER GUIDANCE, AS APPROPRIATE, REGARDING COVID-19
VACCINATION, ACCOMMODATION REQUESTS, AND MITIGATION MEASURES, TO
INCLUDE REFERENCES B THROUGH E.//

3. (U) GIVEN THE SUCCESSFUL EXECUTION OF REFERENCE A AND TO ENSURE
ALIGNMENT WITH THE LATEST HIGHER HEADQUARTERS GUIDANCE REGARDING
COVID-19, THIS ORDER RESCINDS REFERENCE A. COMNAVSPECWARCOM AND
SUBORDINATE COMMANDS WILL CONTINUE TO DEFER TO DOD, DON, AND USSOCOM
```

**UNCLAS**

GUIDANCE FOR COVID-19 VACCINATION, ACCOMMODATION REQUESTS, AND MITIGATION MEASURES.//

4. (U) THE LATEST DOD FHP GUIDANCE CAN BE ACCESSED THROUGH URL: HTTPS://WWW.DEFENSE.GOV/SPOTLIGHTS/CORONAVIRUS-DOD-RESPONSE/LATEST-DOD-GUIDANCE//

5. (U) ADMIN AND LOGISTICS/DIRECT NSW COVID-19 QUESTIONS AS FOLLOWS.//
5.A. (U) FHP MEASURES TO NSW FORCE MEDICAL DEPARTMENT: NSW-FORMEDSTAFF@SOCOM.MIL OR BY PHONE 619-537-1164/1165/1166// AKNLDG/NO//

BT
#3871
D899


NNNN
Received from AUTODIN 231946Z May 22