

**U.S. Department of Justice**

Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Room 7270
Washington, DC 20530

Tel: 202.514.1923

March 15, 2023

**VIA CM/ECF**

Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
600 South Maestri Place
New Orleans, LA 70130

RE:     *U.S. Navy SEALs 1-26 v. Biden*, Nos. 22-10077, 22-10534 (5th Cir.)
         Oral Argument held February 6, 2023

Dear Mr. Cayce:

The government writes in response to plaintiffs' March 10 letter and to notify the Court of additional developments confirming that these appeals are moot and the preliminary injunctions should be vacated.

On March 10, the D.C. Circuit dismissed two service members' appeals from the denial of preliminary injunctions prohibiting enforcement of the military's COVID-19 vaccination requirement. *See* Order, *Navy SEAL 4 v. Austin*, No. 22-5114; *Creaghan v. Austin*, No. 22-5135 (D.C. Cir. Mar. 10, 2023), Ex. A. The panel concluded that the rescission of the vaccination requirement mooted the appeals, vacated the district courts' orders, and remanded for further proceedings. *Id.* at 2.

On March 7, the Navy issued further guidance, reiterating that "COVID-19 vaccination status shall not be a consideration in assessing individual Service member suitability for deployment or other operational assignments." NAVADMIN 065/23, Ex. B. Unvaccinated service members "should contact their detailer if not already being processed for their next assignment." *Id.* The guidance notes that the records of service members who requested religious exemptions "are being centrally reviewed to identify and remove any adverse information related to vaccine refusal." *Id.*

Finally, plaintiffs' March 10 letter cites a Navy Operational Risk Management Matrix for Deployment. That matrix does not indicate that commanders may consider service members' COVID-19 vaccination status in deciding whom to deploy. Doing so would contravene the express directives of NAVADMIN 065/23 and the Deputy Secretary of Defense's February 24 memorandum. Rather, the matrix helps commanders evaluate COVID-19-related risks based on mission-specific factors including location, available medical care, and the number of unvaccinated crew members. Based on those risk factors, a commander may require masking, testing, or movement restrictions; or may equip a mission with additional medical supplies, such as COVID-19 vaccine doses (for voluntary use) or anti-viral medications. The matrix thus proves the opposite of plaintiffs' point: if unvaccinated sailors were not allowed to deploy, then many of the higher-risk scenarios addressed by the matrix would never occur.

Sincerely,

*/s/ Casen B. Ross*
Casen B. Ross
Counsel for the United States

cc:     Counsel of Record (via CM/ECF)

# Exhibit A

# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 22-5114**　　　　　　　　　　　　　September Term, 2022

　　　　　　　　　　　　　　　　　　　　　　　1:22-cv-00688-CKK

　　　　　　　　　　　　　　　　　　　**Filed On:** March 10, 2023

Navy Seal 1, et al.,

　　　Appellees

Navy Seal 4,

　　　Appellant

　　v.

Lloyd J. Austin, III, in his official capacity as
Secretary of the United States Department of
Defense, et al.,

　　　Appellees

**No. 22-5135**

　　　　　　　　　　　　　　　　　　　　　　　1:22-cv-00981-CKK

Mariella Creaghan, Captain,

　　　Appellant

　　v.

Lloyd J. Austin, III, in his official capacity as
the Secretary of the United States
Department of Defense, et al.,

　　　Appellees

　　**BEFORE:**　　Henderson, Wilkins, and Katsas, Circuit Judges

## O R D E R

　　In light of the January 10, 2023 Memorandum issued by the Secretary of Defense rescinding the military's COVID-19 vaccination mandate for all service members, and the subsequent directives formally implementing the Secretary of Defense's rescission of the COVID-19 vaccination requirement, including but not limited

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 22-5114**  **September Term, 2022**

to:

    the February 24, 2023 Memorandum issued by the Deputy Secretary of Defense,

    the February 24, 2023 Memorandum issued by the Secretary of the Air Force,

    the February 24, 2023 Memorandum issued by the Secretary of the Navy,

    the February 23, 2023 NAVADMIN 038-23 issued by the Chief of Naval Operations, and

    the January 30, 2023 Memorandum issued by the Under Secretary of Defense.

It is **ORDERED**, on the court's own motion, that appellants' appeals of the denial of their preliminary injunctions in No. 22-5114 and No. 22-5135 be dismissed as moot. The district court's judgments denying the preliminary injunctions are vacated. *See United States v. Munsingwear, Inc.*, 340 U.S. 36, 39 (1950). These actions are remanded to the district court for further proceedings consistent with this order.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or rehearing en banc. *See* Fed. R. App. P. 41(b); D.C. Cir. R. 41(a)(1).

**<u>Per Curiam</u>**

                                        **FOR THE COURT:**
                                        Mark J. Langer, Clerk

                          BY:    /s/
                                        Michael C. McGrail
                                        Deputy Clerk

# Exhibit B

```
CLASSIFICATION: UNCLASSIFIED//
ROUTINE
R 061627Z MAR 23 MID200080785328U
FM CNO WASHINGTON DC
TO NAVADMIN
INFO CNO WASHINGTON DC
BT
UNCLAS

NAVADMIN 065/23

MSGID/GENADMIN/CNO WASHINGTON DC/N1/MAR//

SUBJ/FOLLOW ON COVID-19 VACCINE RESCISSION ACTIONS//

REF/A/DOC/NDAA-FY23/HR 7900//
REF/B/DOC/SECDEF/10JAN23//
REF/C/MSG/SECNAV/201839ZJAN23//
REF/D/MSG/CNO/112139ZJAN23//
REF/E/MSG/CNO/152142ZFEB23//
REF/F/DOC/DEPSECDEF/24FEB23//
REF/G/DOC/SECNAV/24FEB23//
```

NARR/REF A IS THE NATIONAL DEFENSE AUTHORIZATION ACT FOR FISCAL YEAR 2023.
REF B IS SECDEF MEMO, TITLED RESCISSION OF COVID-19 VACCINATION REQUIREMENT FOR MEMBERS OF THE ARMED FORCES.
REF C IS ALNAV 009/23, RESCISSION OF COVID-19 VACCINATION REQUIREMENT FOR MEMBERS OF THE ARMED FORCES.
REF D IS NAVADMIN 005/23, REMOVAL OF COVID-19 VACCINATION MANDATE.
REF E IS NAVADMIN 038/23, U.S. NAVY COVID-19 STANDARDIZED OPERATIONAL GUIDANCE 8.0.
REF F IS DEPSECDEF MEMO, GUIDANCE FOR IMPLEMENTING RESCISSION OF 24 AUGUST 2021 AND 30 NOVEMBER 2021 CORONAVIRUS DISEASE 2019 VACCINATION REQUIREMENTS FOR MEMBERS OF THE ARMED FORCES.
REF G IS SECNAV MEMO, DEPARTMENT OF THE NAVY ACTIONS TO IMPLEMENT CORONAVIRUS 19 VACCINE RESCISSION.//

RMKS/1.  References (a) through (g) rescinded the Navy's COVID-19 vaccine mandate.  COVID-19 vaccination is no longer required for Navy Service members, and refusing the COVID-19 vaccine is no longer a basis for separation from the Navy.

2.  Reference (d) ended administrative separations based solely on COVID-19 vaccine refusal.  Separation processing may continue in cases where there are other reasons for separation.

3.  In line with reference (e), COVID-19 vaccination status shall not be a consideration in assessing individual Service member suitability for deployment or other operational assignments.  Navy Service members who are unvaccinated against COVID-19 and are approaching, in, or past their assignment window should contact their detailer if not already being processed for their next assignment.

4.  Reference (b) directed the military services to cease processing requests and appeals seeking religious accommodation from the COVID-19 vaccine.  Such requests and appeals by Navy Service

members are now closed and are considered returned without action. Navy Service members who submitted requests or appeals seeking relief from other mandatory vaccinations along with a COVID-19 vaccine request that have not yet been adjudicated will be contacted individually in line with reference (g).

5.  In line with reference (g), the records of currently serving Navy Service members who requested religious accommodation from COVID-19 vaccination are being centrally reviewed to identify and remove any adverse information related to vaccine refusal, should it exist.  Other current and former Navy service members may petition the Board for Corrections of Naval Records regarding COVID-19 vaccination related matters.

6.  In line with reference (g), selection board precepts will include language that precludes consideration of adverse information regarding COVID-19 vaccine refusal in the case of Service members who submitted religious accommodation requests.

7.  Released by Vice Admiral Richard J. Cheeseman, Jr., N1.//

BT
#0001
NNNN
CLASSIFICATION: UNCLASSIFIED//